# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ARTISHA HOUSTON, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:22-cv-02780-SHL-tmp |
| BBQVC FOOD GROUP LLC ) ) | |
| Defendant. ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed November 10, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Parties' Joint Motion for Approval of FLSA Collective Action Settlement, (ECF No. 26), entered on July 31, 2023, Judgment is entered, and Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**. As requested by the Parties, the Court shall retain jurisdiction for the purpose of enforcing the settlement pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 31, 2023
Date